## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Harvey, Louise T

Printed:  8/5/08

Case Number:  05 B 37155
Judge:  Hollis, Pamela S
Filed:  9/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:       Dismissed:  June 23, 2008
Confirmed:  November 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 6,962.50 |  |
| Secured: |  | 5,096.58 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,500.00 |
| Trustee Fee: |  | 365.92 |
| Other Funds: |  | 0.00 |
| Totals: | 6,962.50 | 6,962.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 1,500.00 | 1,500.00 |
| 2. | National Capital Management | Secured | 10,377.36 | 5,096.58 |
| 3. | National Capital Management | Unsecured | 1,226.09 | 0.00 |
| 4. | Capital One | Unsecured | 1,415.98 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 163.49 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 1,898.07 | 0.00 |
| 7. | Resurgent Capital Services | Unsecured | 184.21 | 0.00 |
|  |  |  | _____ | _____ |
|  |  |  | $ 16,765.20 | $ 6,596.58 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 143.00 |
| 5% | 48.75 |
| 4.8% | 70.20 |
| 5.4% | 103.97 |
|  | _____ |
|  | $ 365.92 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Harvey, Louise T

Printed:  8/5/08

Case Number:  05 B 37155

Judge:  Hollis, Pamela S

Filed:  9/14/05

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

